UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORRAINE STEWART | Case Number 2:14-cv-01872-HB |
| Plaintiff | |
| | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| JACOB COLLECTION GROUP, LLC & JACOB LAW GROUP, PLLC | |
| Defendants | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Lorraine Stewart, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above against Jacob Collection Group, LLC and Jacob Law Group, PLLC with prejudice. Each party is responsible for their own attorney's fees.

BY: _/s/Brent F. Vullings_
Brent F. Vullings, Esq.
Attorney for Plaintiff
bvullings@vullingslaw.com
Vullings Law Group, LLC
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
610-489-6060